UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE MACHUCA,

               Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY

               Defendant.

CIVIL ACTION NO.: 20 Civ. 06027 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    This Action has been referred to the undersigned for Social Security. (ECF No. 10). On August 5, 2020, Judge Lorna G. Schofield granted Plaintiff's application to proceed in forma pauperis. (ECF No. 6). Plaintiff is represented by counsel, who on August 3, 2020 requested the issuance of a summons (see ECF No. 3), and Plaintiff filed an affidavit of service representing that the Commissioner was served on October 6, 2020. (ECF No. 8). In accordance with the Court's Standing Order concerning Motions for Judgment on the Pleadings in Social Security Cases, the Commissioner "shall within 90 days after service file the certified transcript of administrative proceedings . . ." which, here, was due by Monday, January 4, 2021. (See ECF No. 5).

    By **Friday, January 29, 2021**, the Commissioner shall file the certified administrative record or a Status Report.

Dated:    New York, New York
              January 20, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**