```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MICHELLE MACHUCA,                                           :
                                        Plaintiffs,         :
                -against-                                   :      20 Civ. 6027
                                                            :
COMMISSIONER OF SOCIAL SECURITY,                            :      ORDER
                                                            :
                                        Defendant.          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, on February 14, 2022, Plaintiff's counsel filed a motion for attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C § 2412(d), requesting fees in the amount of $7,745.40 -- the sum of 35.3 hours billed at $218.00 per hour and .5 hours billed at $100.00 per hour;

  WHEREAS, eligibility for a fee award under the Equal Access to Justice Act requires: "(1) that the claimant be a 'prevailing party'; (2) that the Government's position was not 'substantially justified'; (3) that no 'special circumstances make an award unjust'; and, (4) pursuant to 28 U.S.C. § 2412(d)(1)(B), that any fee application be submitted to the court within 30 days of final judgment in the action and be supported by an itemized statement." *Comm'r v. Jean*, 496 U.S. 154, 158 (1990); *accord Vellone o/b/o Vellone v. Kijakazi*, No. 20 Civ. 261, 2022 WL 276842, at *2 (S.D.N.Y. Jan. 31, 2022);

  WHEREAS, Plaintiff's counsel's memorandum of law and affidavits substantially support that all four requirements of 28 U.S.C. § 2412(d)(1) are met;

  WHEREAS, by the Order dated March 1, 2022, the Government was required to file any response by March 11, 2022;

  WHEREAS, the Government has not filed any response;

WHEREAS, other courts in this district have held similar wage rates and reported hours to be reasonable. *See, e.g.*, *Cantos v. Comm'r of Soc. Sec.*, No. 19 Civ. 04269, 2022 WL 328606, at *2 (S.D.N.Y. Feb. 3, 2022); *Vellone o/b/o Vellone*, 2022 WL 276842, at *2.  It is hereby

**ORDERED** that the Plaintiff's motion for attorneys' fees is **GRANTED**.

Dated: March 17, 2022
 New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**